**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER DENYING EN BANC RECONSIDERATION

Appellate case name:    Winnie Stacey Alwazzan v. Isa Ali Alwazzan and International Agencies Co., Ltd.

Appellate case number:    01-16-00589-CV

Trial court case number:    13-FD-0848

Trial court:    306th District Court of Galveston County

A majority of the en banc court has voted against reconsideration en banc. We therefore deny Winnie Stacey Alwazzan's motion for en banc reconsideration.

Justice's signature:    /s/ Gordon Goodman
Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Justices Keyes and Lloyd, dissenting from the denial of en banc reconsideration.

Date:    March 26, 2020